Joomart TOKTOBAEV and
Ulukbek Dzhumaliev

v.

ALPHA CONTRACTING III, LLC, KG
Construction, Allegheny Power, West
Penn Power Company, Allegheny En-
ergy, First Energy Corporation,
Tranzsporter, Tie Down Engineering,
Inc., Faith Alliance Church and the
Western Pennsylvania District of the
Christian and Missionary Alliance

Petition of: First Energy Corporation,
Allegheny Energy, Inc and West
Penn Power Company

Helen Esbenshade, Esquire, Administra-
trix and Personal Representative of
the Estate of Adylbek Murataliev,
Dec.

v.

Alpha Contracting III, LLC, KG Con-
struction, Allegheny Power, Allegheny
Energy, West Penn Power Company,
First Energy Corporation, Tranzsport-
er, Tie Down Engineering, Inc., Faith
Alliance Church, and the Western
Pennsylvania District of the Christian
Missionary Alliance

Petition of: First Energy Corp., Al-
legheny Energy, Inc and West
Penn Power Company

No. 271 EAL 2016
No. 272 EAL 2016

Supreme Court of Pennsylvania.

December 6, 2016

## ORDER

PER CURIAM

AND NOW, this 6th day of December,
2016, the Petition for Allowance of Appeal
is **DENIED**.

Justice Baer and Justice Mundy did not
participate in the consideration or decision
of this matter.

COMMONWEALTH of Pennsylvania,
Respondent

v.

Rafik STILES, Petitioner

No. 370 EAL 2016

Supreme Court of Pennsylvania.

December 6, 2016

## ORDER

PER CURIAM

AND NOW, this 6th day of December,
2016, the Petition for Allowance of Appeal
is **DENIED**.

